UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | SACV 24-1803-MWF(ADSx) | Date: October 16, 2024 |
| Title | *InMode Ltd., et al. v. DHGate Seller* | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 16, 2024, the Court filed an Order Granting *Ex Parte* Application for a Temporary Restraining Order (the "TRO Order"). (Docket No. 15). The TRO Order included:

> 14. Plaintiffs shall serve copies of the Complaint, Application for Temporary Restraining Order, and this Order, on each Defendant by e-mail via their corresponding e-mail address, or on each Defendant via the e-mail/online contact form or other means of electronic contact provided on the Internet based e-commerce stores operating under the respective Seller IDs, or by providing a copy of this Order by e-mail to the marketplace platform, social media website, or image hosting website for each of the Seller IDs so that the marketplace platform, social media website, or image hosting website in turn, notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court.

(TRO Order, ¶ 14).

On October 10, 2024, Plaintiffs filed a Return of Service Via Alternative Means Pursuant to Temporary Restraining Order (the "POS"). (Docket No. 26).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 24-1803-MWF(ADSx)**                                         Date:  October 16, 2024

Title       ***InMode Ltd., et al. v. DHGate Seller***

The POS reflects that documents, including the Summons, Complaint, the *Ex Parte* Motion for Temporary Restraining Order, and the TRO Order, were served on Defendant DHGate Group by email on August 28, 2024.  (*Id.*)

The Court now **ORDERS** Plaintiffs to file an Application to the Clerk to Enter Default as to Defendant DHGate Seller **no later than NOVEMBER 1, 2024**.  Following entry of default, the Court will set an Order to Show Cause re Default Judgment.

IT IS SO ORDERED.