JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INMODE LTD. and INVASIX INC., <br><br> Plaintiffs, <br><br> v. <br><br> DHGATE SELLER "abfl," et al., <br><br> Defendants. | No. 8:24-cv-01803-MWF-ADS <br><br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFAULTED DEFENDANTS** |

On January 17, 2025, the Court **GRANTED** an Application for Default Judgment (Docket No. 42) in favor of Plaintiffs InMode Ltd. and Invasix Inc.

Good cause having been shown and pursuant to Rules 54, 55, and 65 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiffs InMode Ltd. and Invasix Inc. and against Defendants using the following monikers on the web platform "DHgate": abfl; aofulai_beauty; beauty503; beilgbeauty; chuangke2018; comaybeauty; dr5k; easonbeautymachine; slimming_salon; ytlightning; greatrui; haoweilai; hitmantrade; pjianyitech; richman88; whxt; flying_queen019; kids_plaza; farslim; lazy_slim; salon_equipment; and savita11.

///

2. Plaintiffs InMode Ltd. and Invasix Inc. are awarded **$50,000** in damages from each of the above-named Defendants, for a total of **$1,100,000**.

3. Plaintiffs InMode Ltd. and Invasix Inc. are returned the bond paid to the Court in the amount of **$10,000**.

4. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the above-named Defendants and their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them who receive actual notice of this Permanent Injunction through personal service or otherwise, are **ORDERED** to cease all of the following activities:

   a. Manufacturing, making, buying, purchasing, importing, shipping, delivering, advertising, marketing, promoting, offering to sell, selling, or otherwise distributing or disposing of, in any manner, any counterfeit or infringing products, including but not limited to Morpheus® Products and any other products bearing the MORPHEUS® and INMODE® Trademarks;

   b. Manufacturing, making, buying, purchasing, importing, shipping, delivering, advertising, marketing, promoting, offering to sell, selling, or otherwise distributing or disposing of, in any manner, any purported InMode or Morpheus® Products that are not actually produced, imported, or distributed under Plaintiffs' control or

supervision, or approved for sale in the United States by Plaintiffs in connection with the MORPHEUS® and INMODE® Trademarks;

c. Committing acts calculated to cause purchasers to believe that counterfeit or infringing Morpheus® Products originate with Plaintiffs when they do not;

d. In any way infringing or damaging the MORPHEUS® and INMODE® Trademarks or the value or goodwill associated therewith;

e. Attempting, causing, or assisting in any of the above-described acts, including but not limited to enabling others in the above-described acts, or passing on information to others to allow them to do so; and

f. Forming or causing to be formed any corporation, account, or other entity that engages in the above-described acts;

DATED: February 25, 2025

MICHAEL W. FITZGERALD
United States District Judge